No. 01–10758. CUCHET *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10759. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10760. AGUILAR CORTEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10761. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10762. ELDER *v.* POTTER, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 01–10763. BEDFORD *v.* PACHECO. Sup. Ct. R. I. Certiorari denied.

No. 01–10764. BENHAM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–10765. GARCIA CARRANZA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10766. CURRY *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 01–10767. PELTIER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10768. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10769. BONIFACE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10770. VASQUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10771. THRASHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10772. WAHL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–10773. LAZENBY *v.* WILTEL COMMUNICATIONS, DBA WILLIAMS COMMUNICATIONS SOLUTIONS, L. L. C., ET AL. C. A. 5th Cir. Certiorari denied.